UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK STULL,<br><br>Plaintiff,<br><br>vs.<br><br>VEONEER INC., ET AL.,<br><br>Defendants. | 2:21-CV-12224-TGB<br><br><br>ORDER DISMISSING CASE<br><br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 30th day of March, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge